# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2006

Clifford W. Taylor,
Chief Justice

129314

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ADRIANNE NISWONGER, as Next Friend
of JOHN M. CLARK,
     Plaintiff-Appellant,

v

QUALITY DAIRY COMPANY,
     Defendant-Appellee.

SC: 129314
COA: 251885
Ingham CC: 02-002054-NO

_____/

On order of the Court, the application for leave to appeal the May 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would reverse the judgment of the Court of Appeals and reinstate the Ingham Circuit Court's October 16, 2003 denial of defendant's motion for summary disposition for the reasons stated by the circuit court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006

_____
Clerk

s0125